IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WHITNEY HOUSTON REESE,** | |
| Plaintiff, | |
| vs. | Civil Action No. 1:15-cv-337-RWS-WEJ |
| **CITY OF FOREST PARK et al.,** | |
| Defendants. | |

### MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES

Pursuant to N.D. Ga. Local Rule 7.1(D), Defendants hereby request leave to file the attached Motion to Dismiss with a Brief in Support in excess of 25 pages.

Plaintiff Reese has raised six claims against all seven Defendants–five individual defendants, a municipality, and a police department. Her claims include racial discrimination (under Title VII and § 1983), gender discrimination (under Title VII and § 1983), disability discrimination under the ADA, retaliation under Title VII, and Intentional Infliction of Emotional Distress.

Given the number of parties and claims involved, Defendants' arguments in support of their Motion could not be contained to 25 pages. Defendants believe that it is in the interest of judicial efficiency that their arguments be presented in a

single brief of more than 25 pages, rather than in multiple briefs of less than 25 pages each.

Wherefore, Defendants respectfully request the Court's leave to file the attached Motion to Dismiss and Brief in Support.

This 9th day of March 2015.

                                          Respectfully submitted,

                                  **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC**

                                  */s/ Michael A. Caldwell*
                                  Michael A. Caldwell
                                  Georgia Bar No. 102775

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
Telephone: (404) 979-3171                **COUNSEL FOR DEFENDANTS**
Facsimile: (404) 835-6168
michaelcaldwell@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WHITNEY HOUSTON REESE,**<br><br>    **Plaintiff,**<br><br>   **vs.**<br><br>**CITY OF FOREST PARK et al.,**<br><br>    **Defendants.** | Civil Action No. 1:15-cv-337-RWS-WEJ |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing document in the Court's CM/ECF system, thereby ensuring delivery by electronic mail upon all counsel of record.

Dated: March 9, 2015.

/s/ Michael A. Caldwell
Michael A. Caldwell
Georgia Bar No. 102775