UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHITNEY H. REESE ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | CIVIL CASE NO.:1:15-cv-337-RWS-WEJ |
| ) | |
| vs. ) | |
| ) | |
| CITY OF FOREST PARK, ) | |
| FOREST PARK POLICE ) | |
| DEPARTMENT, ) | |
| FRANK BRANDON(in his ) | |
| individual and official capacity), ) | |
| DWAYNE HOBBS (in his ) | |
| individual and official capacity), ) | |
| COL TOMMY ORR (in his ) | |
| individual and official capacity), ) | |
| CAPTAIN DANIEL PODSIADLY ) | |
| (in his individual and official ) | |
| capacity) , MAJOR CHRIS ) | |
| MATHESON (in his individual l ) | |
| and official capacity) ) | |
| ) | |
| *Defendants.* ) | |
| _____/ ) | |

## **AMENDMENT TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS.**

An amendment to correct a typographical error in the Plaintiff's Brief In Opposition to Defendant's Motion to dismiss where Frank Brandon was erroneously named as Michael Brandon.

Respectfully submitted this 25th day of March,

**/s/Yashica Marshall**
Yashica Marshall
Georgia Bar Number: 448080
Esther Oise
Georgia Bar Numbr:686342
Attorney for Plaintiff
Whitney Houston Reese

Marshall & Oise Law Group
1804 Walton Lane
Marietta, Ga. 30082
Phone:   (404)-922-0270
         (770)-895-3736
Fax:     (678) 503-8883
eoise.molaw@gmail.com
ymarshall.molaw@gmail.com