IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WHITNEY H. REESE,

      Plaintiff,

    v.

CITY OF FOREST PARK, FOREST PARK
POLICE DEPARTMENT, FRANK
BRANDON (in his individual and official
capacity), DWAYNE HOBBS (in his
individual and official capacity), COLONEL
TOMMY ORR (in his individual and official
capacity), CAPTAIN DANIEL PODSIADLY
(in his individual and official capacity), and
MAJOR CHRIS MATSON (in his individual
and official capacity),

      Defendants.

CIVIL ACTION FILE NO.

1:15-CV-00337-RWS-WEJ

## ORDER FOR SERVICE OF
## FINAL REPORT AND RECOMMENDATION

Let this Final Report and Recommendation of the United States Magistrate

Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil

Procedure 72(b), and the Court's Local Rule 72.1B, be filed and a copy, together

with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if

any, to the Final Report and Recommendation within fourteen days of the receipt of

this Order.  Should objections be filed, they shall specify with particularity the

alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  If no objections are filed, the Final Report and Recommendation may be adopted as the opinion and order of the District Court, and any appellate review of factual findings will be limited to a plain error review. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam).

The Clerk is directed to submit the Final Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED**, this 22nd day of April, 2015.


WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2